# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TREY BROWN,

        Plaintiff,

v.                                                                                     Case No:   6:12-cv-1299-RBD-LHP

COURDNEY RAMSAROOP and
HECTOR AVILEZ,

        Defendants

---

## ORDER

Before the Court is a Motion for Clarification, filed by Plaintiff, who appears *pro se*.  Doc. No. 156.  Plaintiff seeks clarification of the Court's Order denying without prejudice his latest "Summoning Motion."  *Id.*  The Court found the "Summoning Motion" lacking legal authority in support of the requested relief, which included ordering Defendant Courdney Ramsaroop to appear before the Court regarding execution of the judgment and an apparent request for the Court to impose the judgment against persons other than Ramsaroop.  Doc. No. 153.  Plaintiff says that he "has the right to use the Court summoning in order to serve judgment against the defendants," and so he seeks clarification from the Court in this regard.   Doc. No. 156, at 2.

To the extent that Plaintiff seeks clarification, the present Motion (Doc. No. 156) is **DENIED** because the Court's Order on the "Summoning Motion" (Doc. No. 153) was clear—Plaintiff must provide legal authority for the precise relief he seeks. Insofar as Plaintiff asks for different relief by the present clarification request, in that he is only seeking service of the judgment on the named Defendants, Plaintiff is free to file a properly supported motion seeking such relief.   Any such motion must provide legal authority supporting the request.   *See* Local Rule 3.01(a).

**DONE** and **ORDERED** in Orlando, Florida on October 24, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties