**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TREY BROWN,

        Plaintiff,

v.                                                  Case No:   6:12-cv-1299-RBD-LHP

COURDNEY RAMSAROOP and
HECTOR AVILEZ,

        Defendants

---

**ORDER**

Before the Court is a Letter for Clarification, filed by Plaintiff, who appears *pro se*. Doc. No. 158. For the same reasons denying Plaintiff's last motion for clarification, *see* Doc. Nos. 156–57,[1] the present letter, construed as a motion, is **DENIED**. The Court's October 6, 2025 Order was clear—in future motions,

---

[1] The Court notes that it construed Plaintiff's previous motion for clarification, seeking clarification of the Court's "last" order on his "motion for a summoning" as directed to the Court's October 6, 2025 Order (Doc. No. 153). *See* Doc. No. 157. The present motion attaches a copy of the October 6, 2025 Order, however, Doc. No. 158-1, and thus it appears that Plaintiff's last motion could have been directed to the Court's July 11, 2025 Order addressing similar requested relief (Doc. No. 146), although Plaintiff's motion did not specify, Doc. No. 156. Regardless, the analysis is the same no matter which order the request for clarification was directed to, and thus the Court's prior order (Doc. No. 157) stands.

Plaintiff must provide legal authority for the precise relief he seeks.  *See* Doc. Nos. 153, 157; s*ee also* Local Rule 3.01(b).

**DONE** and **ORDERED** in Orlando, Florida on November 6, 2025.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties