**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TREY BROWN,

Plaintiff,

v. Case No: 6:12-cv-1299-RBD-LHP

COURDNEY RAMSAROOP and
HECTOR AVILEZ,

Defendants

---

**ORDER**

Before the Court is an untitled motion by Plaintiff, appearing *pro se*, requesting "this Court to summons Courdney Ramsaroop to the Middle District of Florida Orlando Division courthouse to answer to a default judgment enter against him." Doc. No. 171. The motion is premised on judgment entered in favor of Plaintiff and against Defendant Courdney Ramsaroop on August 6, 2014, and Plaintiff's wish to collect on that judgment. *Id.* Upon consideration, the motion (Doc. No. 171) will be **DENIED without prejudice**.

First, the motion is unsigned. *See* Fed. R. Civ. P. 11(a). Second, the motion suffers from many of the same deficiencies as Plaintiff's prior motions requesting the same or similar relief. *See* Doc. Nos. Doc. Nos. 118, 127, 130, 133, 139, 143, 146,

153. Specifically, Plaintiff does not establish why issuing summons to Defendant Ramsaroop at this stage of the case would be legally appropriate. Doc. No. 171. *See also* Doc. No. 146, at 2 ("Plaintiff provides no legal authority demonstrating that it would be proper for the Court to order Defendant Ramsaroop to appear before the Court regarding execution of the judgment at this time."); Doc. No. 153, at 2 ("Plaintiff once again provides no legal authority demonstrating that it would be proper for the Court to order Defendant Ramsaroop to appear before the Court regarding execution of the judgment at this time."); *cf.* Doc. No. 118 (denying Plaintiff's motion for issuance of an arrest warrant because it was not the proper method for executing on a judgment). And while the motion references a writ of execution, the motion does not provide a legal basis for same nor include a proposed writ. *Id.* *See also* Doc. Nos. 127, 130, 143 (denying previous motions for writ of execution for failure to establish entitlement to same).

Plaintiff is advised to carefully review the prior Orders issued in this case regarding the procedures he may use to execute on his judgment. *See, e.g.*, Doc. Nos. 118, 133, 139, 143.

**DONE** and **ORDERED** in Orlando, Florida on September 1, 2026.

Leslie Hoffman Price

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties